

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2022

No. 04-22-00134-CV

**IN RE ARS SPECIALTY CONTRACTORS, LLC** d/b/a GARREN Construction, Elizabeth Yetman Chavez, and Ramiro Chavez,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI20699
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

The Real Party in Interest, Central Texas Express Metalwork, LLC dba Express Contracting's Second Motion for Extension of Time to File Response is hereby GRANTED.

It is so **ORDERED** on April 13, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT